IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01215-RM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 31, 2014 | Courtroom Deputy: Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| RYAN RHODES, *et al.*, | Alex M. Nelson |
| | AnnMarie M. Spain |
| Plaintiffs, | Christopher J. Griffiths |
| v. | |
| COUNTRY MUTUAL INSURANCE COMPANY, | Jeffrey A. Bollers |
| | Brendan O. Powers |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session: 1:29 p.m.**
Court calls case. Appearances of counsel.

Discussion between the court and counsel regarding Defendant's **Motion to Strike Plaintiffs' Second Disclosure of Expert Testimony and Plaintiffs' Cross Endorsement of Expert Witness and Certificate of Compliance with D.C.COLO.LCivR 7.1A**[Doc. No. 34].

The court cites relevant case law and notes if it applies a strict interpretation of the rules related to striking experts, it will do so as to both sides.

Counsel agree an extension of deadlines would be the most efficient way of proceeding. Discussion held regarding Defendant's currently pending **Motion for Summary Judgment** [Doc. No. 29].

**ORDERED:** *Motion to Strike Plaintiffs' Second Disclosure of Expert Testimony and Plaintiffs' Cross Endorsement of Expert Witness and Certificate of Compliance with D.C.COLO.LCivR 7.1A*[Doc. No. 34, filed 2/19/2014] is **DENIED**.

**ORDERED:** Any and all other expert disclosures and/or expert discovery shall be **STAYED**. **Within 72 hours** of a decision on Defendant's *Motion for Summary Judgment* [Doc. No. 29], counsel are to coordinate a conference call with Magistrate Judge Shaffer.

The court notes if the motion is denied in whole or in part in such that some of Plaintiff's claims will go forward, the parties can at that time determine if additional expert discovery is necessary, the setting of those deadlines, and the resetting of the Final Pretrial Conference.

**ORDERED:** The Final Pretrial Conference currently set for April 24, 2014 is **VACATED**.

Discussion between the court and counsel regarding discovery issues related to documents being produced to the Defendant and Plaintiffs' assertions of attorney-client privilege.

HEARING CONCLUDED.
**Court in recess**: **3:02 p.m.**
Total time in court:   01:33

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.