IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-01215-RM-CBS

**RYAN RHODES and SILVIA CACERES, individuals,**

    Plaintiffs,

v.

**COUNTRY MUTUAL INSURANCE COMPANY d/b/a COUNTRY FINANCIAL, an Illinois corporation**

    Defendant.

---

### ORDER FOR DISMISSAL WITH PREJUDICE
---

THE COURT, after having considered Plaintiffs' and Defendant's Stipulation for Dismissal With Prejudice (ECF No. 46), hereby Orders that Plaintiffs' claims against Defendant are dismissed with prejudice, each party to bear its own fees and costs.

DATED this 9th day of July, 2014.

                                BY THE COURT:

                                _____
                                RAYMOND P. MOORE
                                United States District Judge